NUMBER 13-03-468-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


ALBERT RAMIREZ, Appellant,


v.



WASHINGTON MUTUAL FINANCE, INC., ET AL., Appellees.

____________________________________________________________________


On appeal from the 377th District Court


of Victoria County, Texas.


____________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Hinojosa, Yañez, and Garza


Opinion Per Curiam


 Appellant, ALBERT RAMIREZ, attempted to perfect an appeal from a judgment
entered by the 377th District Court of Victoria County, Texas, in cause number 01-4-56,318-D. After the notice of appeal was filed, appellant filed a motion to dismiss the
appeal. In the motion, appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 16th day of October, 2003.